**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| GARY PAVLIC, | : | No. 321 WAL 2016 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| JOHN F. BELL, ET AL., | : | |
| | : | |
| Respondents | : | |

**ORDER**

**PER CURIAM**

AND NOW, this 29th day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.